# EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CAO LIGHTING, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-CV-07359 |
| ) | |
| LIGHT EFFICIENT DESIGN, ET AL. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CASE SCHEDULE

| Event | Date |
|---|---|
| Deadline to Amend Pleadings and Add Parties | March 1, 2018 |
| Parties may Submit Supplemental *Markman* Briefs; Parties to Serve Updated Infringement and Invalidity Contentions | May 1, 2018 |
| Proposed *Markman* Hearing | June 1, 2018 |
| Close of Fact Discovery | September 14, 2018 |
| Parties to Identify Expert Witnesses per Rule 26 | October 1, 2018 |
| Parties to Serve Expert Reports on Issues for Which the Party has the Burden of Proof | November 1, 2018 |
| Parties to Serve Responsive Expert Reports | December 14, 2018 |
| Parties to Serve Final Infringement and Invalidity Contentions | December 21, 2018 |
| Close of Expert Discovery | January 15, 2019 |
| Deadline to File Dispositive Motions | January 31, 2019 |

|  |  |
|---|---|
| Pretrial Order Due; Motions in Limine Due; Disputed Jury Instructions Presented to Court | March 8, 2019 |
| Trial Ready Date | April 1, 2019 |